# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Tigress McDaniel
*Plaintiff*

v.

State of NC et al

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 3:21 cv 425-GCM

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

For Defendant State of NC
Josh Stein, Atty General
9001 Mail Service Center
Raleigh, NC 27699

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tigress McDaniel
10926 Quality Drive 38813
Charlotte NC 28278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Tigress McDaniel

*Plaintiff*

    v.

State of NC et al

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 3:21cv425-GCM

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

For Defendants SACSCOC & SACS
1866 Southern Lane
Decatur GA 30033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tigress McDaniel
10926 Quality Drive 38813
Charlotte NC 28278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                        Server's signature

                                       _____
                                       Printed name and title

                                       _____
                                       Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Tigress McDaniel

*Plaintiff*

v.

State of NC et al

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 3:21cv425-GCM

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Melissa Holloway for Defendants NCAT et al
1600 East Market St
Greensboro NC 27416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tigress McDaniel
10926 Quality Dr 38813
Charlotte NC 28278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Tigress McDaniel

*Plaintiff*

v.

State of NC et al

*Defendant*

Civil Action No. 3:21 cv 425-GCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

For Defendants UNC and Meighen
910 Raleigh Rd
Chapel Hill NC 27514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tigress McDaniel
10926 Quality Dr 38813
Charlotte NC 28278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                             **Server's signature**


                                                      _____
                                                            **Printed name and title**


                                                      _____
                                                             **Server's address**


Additional information regarding attempted service, etc: