FILED
CHARLOTTE, NC

AUG 17 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:21-CV-425

| | |
|---|---|
| Tigress Sydney Acute McDaniel<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| The State of North Carolina, et alii.<br>Defendants | )<br>) |

## AMENDED PROOF OF SERVICE

Plaintiff hereby certifies that Summons and Original Complaint has been served in full

accordance with Federal Rules of Civil Procedure, and placed in the custody of the United States

District Court for the Western District of North Carolina to be delivered upon the Defendants on

this 16th day of September 2021 at the following addresses:

1. For Defendants, NCAT, Eaton, Schimmel, Avent, Lynch, McEwen, Pride, Martin,
   Waldrup, Murphy, Gloster, Holloway, Childress, Yeboah and Thomas at
   1600 East Market Street
   Greensboro, NC 27416
2. For Defendants, UNC and Meighen, at
   910 Raleigh Rd.
   Chapel Hill, NC 27514
3. For Defendants SACSCOC and SACS at
   1866 Southern Lane
   Decatur, GA 30033
4. For Defendant State at
   Josh Stein, Attorney General
   9001 Mail Service Center
   Raleigh, NC 27699-9001
5. For Defendant United States Department of Education Office of Civil Rights
   400 Maryland Avenue SW
   Washington, DC 20202-1475

Tigress McDaniel
Plaintiff, Pro Se
10926 Quality Drive Unit 38813
Charlotte, NC 28278

Date: August 16, 2021