UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00425-GCM

| | |
|---|---|
| TIGRESS SYDNEY ACUTE MCDANIEL, ) ) ) Plaintiff, ) ) vs. ) ) ) THE STATE OF NORTH CAROLINA, et al., ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Tigress Sydney Acute McDaniel ("Plaintiff") filed a Complaint in this matter on August 16, 2021. [Doc. 1]. On August 31, 2021, the Court reviewed Plaintiff's motion to proceed in forma pauperis. [Doc. 3]. The Court denied Plaintiff's motion, finding that it was not satisfied that Plaintiff does not have sufficient funds to pay the filing fee. [Id.]. The Court allowed Plaintiff 14 days to pay the filing fee. [Id. at 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: September 21, 2021

Graham C. Mullen
United States District Judge